ACCEPTED
01-15-00317-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/21/2015 12:56:52 PM
CHRISTOPHER PRINE
CLERK

No. 01-15-00317-CR

IN THE FIRST COURT OF APPEALS
AT HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/21/2015 12:56:52 PM
CHRISTOPHER A. PRINE
Clerk

**ANDREAS MARCOPOULOS, Appellant**

**VS.**

**THE STATE OF TEXAS, Appellee**

*On Appeal from the 248th District of
Harris County Texas
Trial Court No. 1440970*

**APPEARANCE OF COUNSEL**

*TO THE HONORABLE JUSTICES OF THE FIRST COURT OF APPEALS:*

**CARMEN ROE** hereby files this appearance of counsel to accompany

**ROBB FICKMAN** as attorney of record for defendant **ANDREAS**

**MARCOPOULOS**.

RESPECTFULLY SUBMITTED,

*/s/ Carmen Roe*

_____

**CARMEN ROE**
TBA: 24048773
440 LOUISIANA, SUITE 900
HOUSTON, TEXAS 77002
713.236.7755
713.236.7756 FAX
CARMEN@CARMENROE.COM
**ATTORNEY FOR APPELLANT**

## CERTIFICATE OF SERVICE

Pursuant to TEX.R.APP.P. 9.5(d), a copy of this document was served on Harris County District Attorney, Appellate Division; 1201 Franklin, Houston, Texas 77002 on this the 21st day of July 2015.

*/s/ Carmen Roe*

_____

**CARMEN ROE**